**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-4535**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LUTHER VEREEN, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  C. Weston Houck, Senior District
Judge.  (CR-03-271)

Submitted:  October 20, 2005          Decided:  October 26, 2005

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James P. Rogers, Columbia, South Carolina, for Appellant.  Jonathan
S. Gasser, Acting United States Attorney, Columbia, South Carolina;
A. Bradley Parham, Assistant United States Attorney, Florence,
South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Luther Vereen, Jr., appeals from his 262-month sentence entered following his guilty plea to conspiracy to distribute fifty grams or more of crack cocaine. Vereen contends that the sentencing enhancement he received for being a career offender is precluded by the Supreme Court's decision in <u>United States v. Booker</u>, 125 S. Ct. 738 (2005).

Applying <u>Booker</u>, we find no sentencing error. To the extent that Vereen argues that his sentence was unreasonable, the Guidelines were correctly calculated, and Vereen was sentenced at the lowest end of the Guideline range. Therefore, we do not find his sentence to be unreasonable. <u>See</u> <u>United States v. Hughes</u>, 401 F.3d 540, 546-47 (4th Cir. 2005) (holding that sentences post-<u>Booker</u> would be reviewed for reasonableness).

Accordingly, we affirm Vereen's sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>